Certificate Number: 17082-PAW-DE-035275195

Bankruptcy Case Number: 17-10289



17082-PAW-DE-035275195

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 16, 2021, at 12:30 o'clock PM MST, CHRISTOPHER CONFER completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   January 17, 2021               By:     /s/Orsolya K Lazar

                                       Name:   Orsolya K Lazar

                                       Title:  Executive Director