IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-10289 TPA |
|    Christopher J. Confer | : | |
|          Debtor | : | Chapter 13 |
| | : | |
|    Christopher J. Confer | : | |
|     Movant | : | |
| | : | Document No. |
|       v. | : | |
|    Ronda J Winnecour, Esquire, | : | |
|    Chapter 13 Trustee | : | |
|          Respondent | : | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On January 17, 2021, at docket number 36, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by the Debtor's undersigned counsel who duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated: April 27, 2021                              /s/ Rebeka A. Seelinger
                                                   Rebeka A. Seelinger, Esquire
                                                   SEELINGER LAW
                                                   Attorney for Debtor
                                                   PA ID #93897
                                                   4640 Wolf Road
                                                   Erie, PA 16505
                                                   (814) 824-6670
                                                   rebeka@seelingerlaw.com

**PAWB Local Form 24 (07/13)**