# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

FILED
4/28/21 8:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>CHRISTOPHER J. CONFER<br><br>   Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>  vs.<br>CHRISTOPHER J. CONFER<br><br>  Respondents | Case No. 17-10289TPA<br><br>Chapter 13<br><br>Document No. 37 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __28th__ day of __April__, 20__21__, it is hereby ORDERED, ADJUDGED, and DECREED that,

    Five Star International
    Attn: Payroll Manager
    1810 South 19Th St
    Harrisburg, PA 17104

is hereby ordered to immediately terminate the attachment of the wages of CHRISTOPHER J. CONFER, social security number XXX-XX-9293. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of CHRISTOPHER J. CONFER.

FURTHER ORDERED:

BY THE COURT:

_____
           ljm
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
  Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10289-TPA |
| Christopher J. Confer | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: llea | Page 1 of 2 |
| Date Rcvd: Apr 28, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Christopher J. Confer, 2509 Poplar Street, Erie, PA 16502-2558 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2021         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Pennymac Loan Services  LLC bnicholas@kmllawgroup.com |
| Jeremy J. Kobeski | on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com, mcupec@grenenbirsic.com |
| Mario J. Hanyon | on behalf of Creditor Pennymac Loan Services  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Debtor Christopher J. Confer rebeka@seelingerlaw.com |

| District/off: 0315-1 | User: llea | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 28, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com

TOTAL: 8